**IT IS SO ORDERED.**

s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO,
SENIOR U.S. DISTRICT JUDGE**
Date: 4/9/2020

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **MARK KEATING and VICTORIA KEATING,** <br><br> Plaintiffs, <br><br> vs. <br><br> **SELECT PORTFOLIO SERVICING, INC.,** <br><br> Defendant. | CASE NO. 1:19-cv-00852-CAB <br><br> JUDGE CHRISTOPHER A. BOYKO <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Mark Keating and Victoria Keating and Defendant Select Portfolio Servicing, Inc. (collectively, the "Parties"), through their respective undersigned counsel, jointly stipulate to the dismissal of all claims against Defendant, with prejudice, with each party waiving all rights of appeal and bearing its own costs. The Court shall retain jurisdiction to enforce the settlement agreement reached between the Parties.

**Dated: April 8, 2020**

**STIPULATED AND AGREED:**

/s/ *Marc E. Dann*
Marc E. Dann (0039425)
Daniel M. Solar
Brian D. Flick
THE DANN LAW FIRM CO., LPA
P.O. Box 6031040
Cleveland, OH 44103
Tel.: (216) 373-0539
Fax: (216) 373-0536

Thomas A. Zimmerman, Jr.
Matthew C. De Re
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, IL 60602
Tel.: (312) 440-0020

/s/ *Matthew J. Richardson*
Matthew J. Richardson
MANLEY DEAS KOCHALSKI LLC
P.O. Box 165028
Columbus, OH 43216
Tel.: (614) 222-4921
Fax: (614) 220-5613

David L. Permut
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444

1

Fax: (312) 440-4180

*Attorneys for Mark Keating and Victoria Keating*

Alyssa A. Sussman
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 355-3333

*Attorneys for Select Portfolio Servicing, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed electronically on April 8, 2020 with the Clerk of Court and served upon all parties via CM/ECF at the party's registered email address.

/s/ *Marc E. Dann*
Marc E. Dann (0039425)